UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:11-cv-01614-AWI-SKO |
| Plaintiff, | **ORDER THAT THE PARTIES MEET AND CONFER TO PREPARE A JOINT SCHEDULING REPORT** |
| v. | |
| TAHIR JAMEEL BATH, et al., | **ORDER CONTINUING THE SCHEDULING CONFERENCE TO APRIL 3, 2012** |
| Defendants. | |

On September 23, 2011, the Court issued a scheduling order requiring the parties to appear for a scheduling conference on January 20, 2012. (Doc. 4.) On January 6, 2012, the scheduling conference was continued to March 1, 2012, to allow the parties time to coordinate dates and prepare a joint scheduling report. (Doc. 9.) On February 23, 2012, Plaintiff filed its own separate scheduling report indicating that it was "unable to readily contact the Defendants, as they have neither a telephone number nor an email address of record." (Doc. 10, 1 n.1.)

The parties are required to coordinate and prepare a Joint Scheduling Report that is to be filed a full week prior to the Scheduling Conference. It is the **joint** responsibility of the parties to communicate with each other to prepare this document.

///

1     The parties are ADMONISHED that the failure to participate in completing the Joint Scheduling Report is a violation of the terms of the Court's September 23, 2011, scheduling order.

    Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for March 1, 2012, is CONTINUED to **April 3, 2012, at 9:30 a.m., in Courtroom 7**;

2. The parties SHALL jointly participate in the preparation of a Joint Scheduling Report that meets the requirements of the September 23, 2011, Scheduling Order;

3. **Any party's failure to communicate or participate in the preparation of the Joint Scheduling Report will result in the imposition of sanctions, up to and including case-terminating sanctions, i.e., judgment may be entered against a non-compliant party**; and

4. The Clerk of Court is DIRECTED to serve a copy of this order and the September 23, 2011, scheduling order upon both Defendants.

IT IS SO ORDERED.

**Dated:**   February 23, 2012           /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE