# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:11-cv-01614-AWI-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' REQUEST FOR SUBSTITUTION OF COUNSEL** |
| v. | (Doc. 12.) |
| TAHIR JAMEEL BATH, et al., | |
| Defendants. | |

On March 19, 2012, Defendants Tahir Jameel Bath and Umaran Faisal Bath ("Defendants") filed a request seeking to substitute Tingley Piontkowski LLP, as attorney of record in place of Defendants representing themselves in *pro se*. (Doc. 12.)

The Local Rules for the United States District Court, Eastern District of California, Rule 182(b) provides in pertinent part that "[a]ppearances as an attorney of record shall not be made in the name of a law firm, organization, public entity, agency, or department. See Fed. R. Civ. P. 11." As such, the request to substitute the law firm of Tingley Piontkowski LLP is not permitted. Instead, Defendants must designate an attorney, not a law firm, in the substitution request.

Accordingly, IT IS HEREBY ORDERED that Defendants' request for substitution of attorney is DENIED WITHOUT PREJUDICE. Defendants may resubmit their request for substitution and

should indicate an attorney as opposed to a law firm.  A copy of the proposed order should be sent to Magistrate Judge Sheila K. Oberto in either Word or WordPerfect format at skoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:    March 20, 2012**                                          /s/ Sheila K. Oberto
                                                                                  UNITED STATES MAGISTRATE JUDGE