# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

                   Plaintiff,

    v.

TAHIR JAMEEL BATH, et al.,

                  Defendants.

_____/

CASE NO. 1:11-cv-01614-AWI-SKO

**ORDER GRANTING DEFENDANTS'
REQUEST FOR SUBSTITUTION OF
COUNSEL**

(Docket No. 14)

      On March 23, 2012, Defendants Tahir Jameel Bath and Umaran Faisal Bath ("Defendants") filed a Second Notice of Substitution of Attorneys for Defendants. (Doc. 14.) Defendants seek to substitute Curtis Tingley, Esq., Bruce Piontkowski, Esq., and Jonathan McMahon, Esq., of Tingley Piontkowski LLP as attorneys of record in place of Defendants representing themselves in *pro se*. (Doc. 14.)

      Accordingly, IT IS HEREBY ORDERED that Defendants, representing themselves in *pro se*, be SUBSTITUTED and replaced by Curtis Tingley, Esq., Bruce Piontkowski, Esq., and Jonathan McMahon, Esq. of Tingley Piontkowski LLP as counsel of record.

IT IS SO ORDERED.

**Dated:**   **March 27, 2012**             **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE