UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and dba MOUNTAIN MIKES PIZZA aka MOUNTAIN MIKES PIZZA, <br><br> Defendants. | CASE NO.  1:11-cv-01614 AWI SKO <br><br> **ORDER GRANTING LEAVE TO FILE AMENDED ANSWER** |

Having reviewed the Stipulation Granting Leave to File Amended Answer of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendants, TAHIR JAMEEL BATH and UMARAN FAISAL BATH, are granted leaved to file the Amended Answer attached as Exhibit A to the parties' stipulation filed on the docket at Number 21-1.

IT IS SO ORDERED.

Dated: **April 12, 2012**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

33829A70.doc

**ORDER**
**CASE NO. 1:11CV01614 AWI SKO**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW