Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:11-cv-01614-AWI-SKO |
| Plaintiff, | Order |
| v. | |
| TAHIR JAMEEL BATH, et al., | |
| Defendants. | |

**ORDER**

    **IT IS HEREBY ORDERED** that the current settlement conference hearing is hereby continued from Thursday, February 28, 2013.

    **IT IS FURTHER ORDERED** that the current settlement conference in the above-entitled action is hereby extended from Thursday, February 28, 2013 to Thursday, June 6, 2013.

    The Parties shall file settlement conference statements in advance of the settlement conference pursuant to the Local Rules and the Standing Order of this Honorable Court.

IT IS SO ORDERED.

    Dated:   **February 15, 2013**            **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE