Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISON

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAHIR JAMEEL BATH, et al., <br><br> Defendant. | Case No. 1:11-cv-01614-AWI-SKO <br><br> **PLAINTIFF JOE HAND PROMOTIONS, INC. AND DEFENDANTS TAHIR JAMEEL BATH AND UMARAN FAISAL BATH'S STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; and ORDER** <br><br> DATE:  Thursday, June 6, 2013 <br> TIME:  10:00 A.M. |

**TO THE HONORABLE SHEILA K. OBERTO, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

1. By and through their counsel, Plaintiff Joe Hand Promotions, Inc. and Defendants Thair Jameel Bath and Umaran Faisal Bath, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Settlement Conference in this action, presently set for Thursday, June 6, 2013 to the new date of the October 17, 2012 at 10:00 AM.

2. In addition to the Court's conflict, this request is necessitated by the fact that Mr. Thomas Riley, Plaintiff's lead trial counsel is ordered to personally appear for Plaintiff's Application for Default Judgment by the Court before the Jon S. Tigar, in the matter of *J & J Sports Productions, Inc. v. Hernandez,* Case No. 3:12-cv-05773-JST in the United States District Court for the Northern District of California, San Francisco Division at 2:00 PM (PST) that very same day.

3. Plaintiff's counsel and defense counsel are mutually agreeable to the new date of the October 17, 2012 at 10:00 AM, in lieu of the June 6, 2013 date being problematic.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Settlement Conference presently scheduled for Thursday, June 6, 2013 to a new date of October 17, 2012 at 10:00 AM

Respectfully submitted,

Dated: May 21, 2013                                             */s/ Thomas P. Riley*
                                                                **LAW OFFICES OF THOMAS P. RILEY**
                                                                By: Thomas P. Riley
                                                                Attorneys for Plaintiff
                                                                Joe Hand Promotions, Inc.

Dated:  May 21, 2013                                            */s/ Kevin W. Isaacson*
                                                                **TINGLEY PIONTKOWSKI, LLP**
                                                                By: Kevin Walter Isaacson
                                                                Attorneys for Defendants
                                                                Tahir Jameel Bath and
                                                                Umaran Faisal Bath

## ORDER

**IT IS HEREBY ORDERED** that the Settlement Conference in civil action 1:11-cv-01614-AWI-SKO styled *Joe Hand Promotions, Inc. v. Bath, et al.,* is hereby continued from Thursday, June 6, 2013 to October 17, 2013 at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **May 22, 2013**                                    _____ */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28