UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and dba MOUNTAIN MIKES aka MOUNTAIN MIKES PIZZA <br><br> Defendants. | CASE NO. 1:11CV01614 AWI SKO <br><br> **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Having reviewed the Joint Stipulation to Continue Hearing on Plaintiff's Motion for Summary Judgment of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment on September 30, 2013, has been continued to October 7, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 19, 2013                                   _____
                                                                         SENIOR DISTRICT JUDGE