**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **1:11 – CV – 1614 AWI SKO** |
| **Plaintiff,** | |
| vs. | **ORDER VACATING HEARING DATE OF OCTOBER 7, 2013, AND TAKING MATTER UNDER SUBMISSION** |
| **TAHIR JAMEEL BATH,** | |
| **Defendant.** | |

    In this action for damages, plaintiff Joe Hand Productions, Inc. ("Plaintiff") has noticed and filed a motion for summary judgment as to claims against Defendant Tahir Jameel Bath ("Defendant"). The matter was scheduled for hearing on Defendant's motion to be held on October 7, 2013. The court has reviewed Plaintiff's motion, Defendant's opposition and Plaintiff's reply and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

    //

    //

THEREFORE, it is hereby ORDERED that the hearing date of October 7, 2013, is hereby VACATED and no party shall appear on that date. As of October 7, 2013, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:  October 3, 2013

SENIOR DISTRICT JUDGE