IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **1:11 – CV – 1614 AWI SKO** |
| **Plaintiff,** | |
| vs. | **ORDER POSTPONING PRETRIAL HEARING DATE CURRENTLY SET FOR JANUARY 15, 2014 TO TUESDAY, FEBURARY 18, 2014 AT 1:30 P.M.** |
| **TAHIR JAMEEL BATH,** | |
| **Defendant.** | |

In this action for damages, the parties have submitted a joint pretrial statement and a pretrial conference is currently set to be held telephonically on Wednesday, January 15, 2014. The parties have indicated to the court they anticipate settlement in this action upon approval of a proposed settlement by Defendant's insurance carrier and are amenable to a postponement of the pretrial conference. In light of the court's current time commitments and in view of the agreement of the parties, the currently-scheduled date for pretrial hearing be vacated and a date set approximately 30-days hence.

THEREFORE, it is hereby ORDERED that the pretrial conference currently scheduled to be held telephonically on Wednesday, January 15, 2014, is VACATED and no party shall appear

1
2  at that time.  The pretrial conference is hereby RESET for Tuesday, February 18, 2014 at 1:30
3  p.m. in courtroom 2.
4  IT IS SO ORDERED.
5
6  Dated:   January 14, 2014                          _____
                                                       SENIOR  DISTRICT  JUDGE