IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> **Plaintiff,** <br><br> vs. <br><br> TAHIR JAMEEL BATH, <br><br> **Defendant.** | 1:11 – CV – 1614 AWI SKO <br><br> **ORDER DENYING PENDING MOTION FOR SUMMARY JUDGMENT AS MOOT IN LIGHT OF SETTLEMENT** |

In this action for damages, the parties have notified the court that the matter has been settled in its entirety. Accordingly, the pending motion for summary judgment, Docket Number 33 is now moot.

THEREFORE, it is hereby ORDERED that Plaintiff's motion for summary judgment, Docket Number 33 is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  March 13, 2014                           _____
                                                 SENIOR DISTRICT JUDGE