Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TAHIR JAMEEL BATH, ET AL., <br><br> Defendants. | CASE NO. 1:11-cv-01614-AWI-SKO <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES A/K/A MOUNTAIN MIKES PIZZA |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES A/K/A MOUNTAIN MIKES PIZZA, that the above-entitled action is hereby dismissed **with prejudice** against TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES A/K/A MOUNTAIN MIKES PIZZA.

///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: _____

**TINGLEY LAW GROUP, PC**
By: Kevin Walter Isaacson
Attorneys for Defendants
TAHIR JAMEEL BATH and UMARAN FAISAL BATH,
individually and d/b/a MOUNTAIN MIKES A/K/A
MOUNTAIN MIKES PIZZA

IT IS SO ORDERED.

Dated:  March 28, 2014          _____
                                  SENIOR  DISTRICT  JUDGE